# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES ARTHUR LOPEZ, ) | Case No. SACV 09-0809-DSF (JEM) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| DOMINGO URIBE, JR., Warden, ) | |
| Respondent. ) | |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: 11/6/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE